# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Amos Calvin Hall Jr.,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:12cv762/3:05cr104-4

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

                                            Signed: November 26, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court